Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6693 | **DATE** | 2/22/2012 |
| **CASE TITLE** | USA vs. Felipe Padilla (#17303-424) | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Defendant's motion for reconsideration [24] is denied. Plaintiff's motion for leave to appeal in forma pauperis [22] is denied as moot. Defendant's motion for extension of time [17] is denied.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

This matter is before the court on Felipe Padilla's (Padilla) *pro se* motion for reconsideration and motion for leave to proceed on appeal *in forma pauperis*. On November 10, 2011, this court denied Padilla's motion to vacate, set aside, or correct his sentence brought pursuant to 28 U.S.C. § 2255 (Section 2255 Motion). The court also indicated that it would liberally construe the Section 2255 Motion to be a request for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). On December 15, 2011, Padilla filed a notice of appeal, which operated as a request for a certificate of appealability as to the Section 2255 Motion. On January 3, 2012, this court denied the request for a certificate of appealability, and on January 4, 2012, this court denied the request for a sentence reduction. On January 6, 2012, Padilla filed a notice of appeal. The record reflects that on January 20, 2012, the Seventh Circuit granted the *pro se* appellant Padilla's motion to dismiss the appeal filed in this action.

Padilla now requests that the court reconsider its ruling on the motion for a sentencing reduction. It is unclear why Padilla withdrew his appeal of this court's rulings. However, since appeal is no longer pending and Padilla has filed a motion to reconsider this court's rulings, the court will rule on Padilla's motion. In reviewing Padilla's motion, Padilla has not shown that the court erred in denying the request for a sentencing

| STATEMENT |
|---|
| reduction, nor has Padilla presented new evidence or arguments that show that he is entitled to a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2). As the court indicated in its January 4, 2012 ruling, although effective November 1, 2011, the sentencing commission promulgated a retroactive amendment to the guidelines that lowered the base offense level for crack cocaine offenses, the amendment did not lower Padilla's restricted sentencing range. Therefore, the motion for reconsideration is denied.<br><br>  Padilla also moves for leave to proceed on appeal *in forma pauperis*. However, the Seventh Circuit has dismissed the appeal in this action, and the motion for leave to proceed on appeal *in forma pauperis* is therefore denied as moot. |